THOMAS SIMS (SBN: 264174)
tsims@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FAIRBAIRN;<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON; and<br>JANSSEN PHARMACEUTICALS, INC.;<br><br>Defendants. | Case No.: 1:15-cv-01243-SAB<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

Counsel for Plaintiff has notified the Court that the complaint has not been served on Defendants and further that a Notice of Tag Along regarding this matter and MDL No. 2642, *In Re: Fluoroquinolone Products Liability Litigation*, has been filed with the United States Judicial Panel on Multidistrict Litigation ("JPML"). Plaintiff's counsel stated that a Conditional Transfer Order ("CTO") will likely be entered by the JPML in the coming days.

In light of the foregoing, the Court hereby ORDERS that the Mandatory Status Conference currently set for November 10, 2015 at 9:30 a.m. is continued to January 4, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **November 6, 2015**

UNITED STATES MAGISTRATE JUDGE

1